# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MARISSA A. RAMOS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:14-cr-00156-BLW <br><br> **REPORT AND RECOMMENDATION** |

On February 11, 2015, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, her constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed. Further, the undersigned ordered a pre-sentence report.

Having conducted the change of plea hearing and having inquired of Defendant and his counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with

full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

[X] The offense to which Defendant entered her guilty plea is an offense described in 18 U.S.C. 3143(a)(1), which requires that Defendant be detained pending sentencing upon a finding of guilt, unless the undersigned finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released.

[X] The undersigned has found, for reasons stated on the record, that clear and convincing evidence exists, pursuant to 18 U.S.C. § 3143(a)(1), that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released, and therefore Defendant shall be released pending sentencing, on the conditions prescribed by the Court.

[ ] Therefore, upon the District Judge's acceptance of Defendant's guilty plea, as recommended herein, Defendant shall surrender for detention pending sentencing to the custody of the U.S. Marshal at the United States Courthouse in Boise, Idaho, no later than *10 a.m. on March 2, 2015*. Defendant and her counsel were advised of the right to seek review of this decision under 18 U.S.C. § 3145.

[X] The Court's prior order or orders on release shall remain in full force and effect through the date of sentencing or surrender, and Defendant's release is continued subject to all conditions of the same.

# RECOMMENDATION

## NOW THEREFORE IT IS HEREBY RECOMMENDED:

1. The District Court accept Defendant's plea of guilty to Count One of the Indictment (Docket No. 1).

2. The District Court order forfeiture consistent with Defendant's admission to the Criminal Forfeiture allegation in the Indictment (Docket No. 1) and detailed at pages 4-7 of the Plea Agreement (Docket No.20).

3. [ ] Upon the District Judge's acceptance of this Report and Recommendation, Defendant shall surrender for detention to the custody of the U.S. Marshal at the United States Courthouse in Boise, Idaho, no later than 10 a.m. on March 2, 2015. Defendant and his counsel were advised of the right to seek review under 18 U.S.C. § 3145.

   [X] For the reasons stated on the record, Defendant shall remain on release pending sentencing on the conditions prescribed by the Court.

5. [X] The Court's prior order or orders on release shall remain in full force and effect through the date of sentencing or surrender, and Defendant's release is continued subject to all conditions of the same.

Written objections to this Report and Recommendation must be filed within fourteen days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.



DATED: **February 11, 2015**

_Ronald E. Bush_ (signature)

Honorable Ronald E. Bush
U. S. Magistrate Judge